UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IAN F. CAMPBELL, | Civil No.  07-CV-79 (PJS/JJG) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| WEST ASSET MANAGEMENT, INC., | |
| Defendant. | |

Based upon the Stipulation for Dismissal With Prejudice filed by the parties on May 15, 2007 [Civil Docket No. 11],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: May 16, 2007                                   s/Patrick J. Schiltz
                                                             Patrick J. Schiltz
                                                             United States District Judge